IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GENARO PEREZ CASTILLO, # 294507, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO.: 3:14-CV-987-WKW ) (WO) |
| CATHY DUBOSE and BLAKE JENNINGS, | ) ) ) |
| Defendants. | ) |

## **ORDER**

Before the court is the July 31, 2017 Recommendation of the Magistrate Judge (Doc. #33), to which no objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Recommendation (Doc. # 33) is ADOPTED;

2. Defendants' motion for summary judgment (Doc. # 15) is GRANTED; and

3. Costs are taxed against Plaintiff.

Final judgment will be entered separately.

DONE this 30th day of August, 2017.

                                          /s/ W. Keith Watkins
                                 CHIEF UNITED STATES DISTRICT JUDGE