IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GENARO PEREZ CASTILLO, # 294507, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO.: 3:14-CV-987-WKW ) (WO) |
| CATHY DUBOSE and BLAKE JENNINGS, | ) ) ) |
| Defendants. | ) |

## **FINAL JUDGMENT**

In accordance with the order entered this date adopting the Recommendation of the Magistrate Judge, it is ORDERED, ADJUDGED and DECREED that Final Judgment is entered in favor of Defendants Cathy Dubose and Blake Jennings and against Plaintiff Genaro Perez Castillo and that this case is DISMISSED with prejudice.

Costs are taxed against Plaintiff.

The Clerk of Court is DIRECTED to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 30th day of August, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE